# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK,** National Association, successor in interest to Washington Mutual Bank, successor in interest to Long Beach Mortgage Company, | : : : : : | CIVIL ACTION NO. 1:10-CV-1994 (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **JOY KEYSER and GREGORY KEYSER,** | : : | |
| **Defendant** | : | |

## O R D E R

By order dated January 26, 2011, the court directed plaintiff, within fifteen (15) days, to show cause why this action should not be dismissed for failure to serve the complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has failed to respond to the court's show cause order. Accordingly, it is hereby ORDERED that this matter is DISMISSED. The Clerk of Court is directed to close the file.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge

Dated:        February 11, 2011